**THOMAS F.X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0080**
**Thomasdunnlaw@aol.com**

**By ECF & Email**                                                                 May 14, 2022

Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: United States v. Laforest,
           21 Cr. 272 (CM)

Dear Judge McMahon:

    I represent Gary Laforest pursuant to the Criminal Justice Act in the above captioned case. I received this assignment in May, 2021. I write to request permission to file interim vouchers in this case.

    The discovery is significant and extensive. I provided a three terra byte hard drive to the government to down load the discovery. The discovery includes thousands of pages of documents. Your Honor appointed an associate to assist with discovery review.

    I make this request based on the hours expended to date in discovery review, the expected future hours of review and the length of the case.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/19/22