# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Gary Laforest,

        Defendant.

21 CR 272-02 (CM)

> USDG SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/13/2023

It is hereby ordered that the defendant, Gary Laforest, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on October 16, 2023.

_____

UNITED STATES DISTRICT JUDGE

7/13/2023
_____

DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____

(Attorney/Witness)

_____

(Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel