UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 6-5-26 | |

UNITED STATES OF AMERICA

v.

GARRY LAFOREST

~~Proposed~~
**Order of Restitution**

21 Cr. 272 (CM)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Matthew R. Shahabian, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.   **Amount of Restitution**

GARRY LAFOREST, the defendant, shall pay restitution in the total amount of $17,550,570.98, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664(f)(1), to the victims of the offense charged in Count Two as follows: $11,381,493.27 to Atlas Acon Electric Service Corp., $5,969,077.71 to American Express, and $200,000.00 to Utica Insurance Co. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.   **Joint and Several Liability**

Restitution is joint and several with the following defendants in the following case: SABITRI LAFOREST, TATIANA LAFOREST, SANJAY LAFOREST, 21 Cr. 272 (CM). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has recovered the total amount of

each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.    Priority of Payment Among Victims

Pursuant to 18 U.S.C. § 3664(j)(1), Atlas Acon Electric Service Corp. must be paid in full before restitution to shall be paid to its subrogees, American Express and Utica Insurance Co., on a pro rata basis.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, pursuant to 18 U.S.C. § 3572(d)(1) and (2), restitution will be payable in installments of at least ten percent of the defendant's gross income, payable on the first of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n), and if the defendant does not participate in the IFRP, his monthly payments while serving his term of imprisonment shall be at least 10 percent of the defendant's gross income, payable on the first of each month. Any unpaid restitution remaining upon release from prison will be paid in installments of at least ten percent of the defendant's gross income on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

2023.2.16                                              2

Case 1:21-cr-00272-CM    Document 222-1    Filed 06/01/26    Page 3 of 4

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

2023.2.16

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____          6/5/2026
HONORABLE COLLEEN McMAHON              DATE
UNITED STATES DISTRICT JUDGE

2023.2.16                                    4